ROBERT C. SCHUBERT (S.B.N. 62684)
WILLEM F. JONCKHEER (S.B.N. 178748)
NOAH M. SCHUBERT (S.B.N. 278696)
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
nschubert@sjk.law

Attorneys for Plaintiff John Pels
[additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN PELS, on behalf of himself and all others similarly situated,

Plaintiff,

v.

KEURIG DR. PEPPER,

Defendant.

Case No. 3:19-cv-03052-SI

**STIPULATION AND ~~[PROPOSED]~~ ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

**LOCAL RULE 6-2**

**STIPULATION**

WHEREAS, this consumer class action was filed on June 3, 2019;

WHEREAS, an amended complaint was filed on June 25, 2019;

WHEREAS, on July 26, 2019, defendant Keurig Dr. Pepper ("Keurig") filed a motion to dismiss the amended complaint ("Motion");

WHEREAS, plaintiff's opposition to the Motion is due to be filed on August 9, 2019, Keurig's reply is due to be filed on August 16, 2019, and a hearing is set for September 13, 2019;

WHEREAS, plaintiff only recently retained additional counsel, Schubert Jonckheer & Kolbe LLP, to represent him in this matter;

WHEREAS, in light of new plaintiff's counsel entering the case, plaintiff requested an extension of 30 days to respond to the Motion, including an extension for Keurig's reply and a continuance of the September 13, 2019 hearing date, and Keurig agreed to plaintiff's request;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to Court approval that:

1. The time for plaintiff to oppose the Motion shall be extended from August 9, 2019 to September 9, 2019;
2. Keurig shall file its reply brief by October 4, 2019; and
3. The hearing date for the Motion, currently noticed for September 13, 2019 at 10:00 a.m., shall be continued to October 18, 2019 at 10:00 a.m.

The parties respectfully request that the Court enter an Order approving this Stipulation.

**IT IS SO STIPULATED.**

Dated: August 6, 2019

SCHUBERT JONCKHEER & KOLBE LLP

By: */s/ Willem F. Jonckheer*
Willem F. Jonckheer

LAURENCE D. PASKOWITZ
THE PASKOWITZ LAW FIRM P.C.
208 East 51st Street, Suite 380
New York, NY 10022

Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

ROY L. JACOBS
ROY JACOBS & ASSOCIATES
420 Lexington Avenue, Suite 2440
New York, NY 10170
Telephone: (212) 867-1156
rjacobs@jacobsclasslaw.com

DAVID N. LAKE (S.B.N. No. 180775)
LAW OFFICES OF DAVID N. LAKE, A Professional Corporation
16130 Ventura Boulevard, Suite 650
Encino, California 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
david@lakelawpc.com

Attorneys for Plaintiff

Dated: August 6, 2019

PERKINS COIE LLP

By: */s/ David T. Biderman*
David T. Biderman

JASMINE W. WETHERELL
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
DBiderman@perkinscoie.com
JWetherell@perkinscoie.com

CHARLES C. SIPOS, pro hac vice
LAUREN E. STANIAR, pro hac vice
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
CSipos@perkinscoie.com
LStaniar@perkinscoie.com

Attorneys for Defendant

**ATTESTATION**

I, Willem F. Jonckheer, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE AND HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT.** In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: August 6, 2019

By: */s/ Willem F. Jonckheer*
Willem F. Jonckheer

**[~~PROPOSED~~] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/6/19

Susan Illston
U.S. District Judge