# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: October 17, 2019 | Time: 10:02 – 10:44 = 42 min | Judge: SUSAN ILLSTON |
|---|---|---|
| Case No.: 19-cv-03052-SI | Case Name: John Pels v. Keurig Dr. Pepper, Inc. | |

**Attorney for Plaintiff:** Roy Jacobs and Noah Schubert
**Attorney for Defendant:** Charles Sipos and Lauren Staniar

**Deputy Clerk:** Tracy Geiger          **Court Reporter:** Katherine Sullivan

## PROCEEDINGS

1) Defendant's Motion to Dismiss Amended Class Action Complaint (Dkt. No. 24)

Initial Case Management Conference - not held.

Order to be prepared by: ( )Pltf   ( )Deft   ( )Court

Tentative Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
(X) SUBMITTED

Case continued to **December 13, 2019 @ 3:00 p.m.** for Initial Case Management Conference

Case continued to **@ 10:00 a.m.** for Motions
(Motion due:  , Opposition:  , Reply:  )

Case continued to **@ 3:30 p.m.** for Pretrial Conference

Case continued to **@ 8:30 a.m.** for Trial ( Days)
Discovery Cutoff:, Designate Experts by:,
Rebuttal Experts:, Expert Discovery Cutoff:

## SUMMARY