ROBERT C. SCHUBERT (S.B.N. 62684)
WILLEM F. JONCKHEER (S.B.N. 178748)
NOAH M. SCHUBERT (S.B.N. 278696)
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
nschubert@sjk.law

LAURENCE D. PASKOWITZ (*pro hac vice*)
THE PASKOWITZ LAW FIRM P.C.
208 East 51st Street, Suite 380
New York, NY 10022
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

*Attorneys for Plaintiff*

[additional counsel appear on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JOHN PELS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG DR. PEPPER, INC.<br><br>Defendant. | **Case No. 3:19-cv-03052-SI**<br><br>**JOINT NOTICE OF SELECTION OF MEDIATOR** |

JOINT NOTICE OF SELECTION OF MEDIATOR
CASE NO. 3:19-CV-03052-SI

1  Pursuant to the Court's order dated December 17, 2019, the parties hereby inform the Court that they have selected Hon. Edward A. Infante (Ret.) as the mediator in this case.

Dated: January 31, 2020

SCHUBERT JONCKHEER & KOLBE LLP

*/s/ Willem F. Jonckheer*
Willem F. Jonckheer

ROBERT C. SCHUBERT (S.B.N. 62684)
WILLEM F. JONCKHEER (S.B.N. 178748)
NOAH M. SCHUBERT (S.B.N. 278696)
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
nschubert@sjk.law

LAURENCE D. PASKOWITZ (*pro hac vice*)
THE PASKOWITZ LAW FIRM P.C.
208 East 51st Street, Suite 380
New York, NY 10022
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

ROY L. JACOBS (*pro hac vice*)
ROY JACOBS & ASSOCIATES
420 Lexington Avenue, Suite 2440
New York, NY 10170
Telephone: (212) 867-1156
rjacobs@jacobsclasslaw.com

DAVID N. LAKES
LAW OFFICES OF DAVID N. LAKE,
A Professional Corporation
16130 Ventura Boulevard, Suite 650
Encino, CA 91436
Telephone: (818) 788-5100
Facsimile: (818) 479-9990
david@lakelawpc.com

*Attorneys for Plaintiff*

PERKINS COIE LLP

*/s/ Charles C. Sipos*
    Charles C. Sipos

CHARLES C. SIPOS, (*pro hac vice*)
LAUREN WATTS STANIAR, (*pro hac vice*)
PERKINS COIE LLP
1202 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
CSipos@perkinscoie.com
LStaniar@perkinscoie.com

DAVID BIDERMAN
JASMINE WETHERELL
505 Howard Street, Suite 1000
San Francisco, CA 94105-3204
Telephone: (415) 344-7000
Facsimile: (415) 344-7050
DBiderman@perkinscoie.com
JWetherell@perkinscoie.com

*Attorneys for Defendant*

* * *

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), I, Willem F. Jonckheer, hereby attest that concurrence in the filing of the document has been obtained from each of the signatories.

*/s/ Willem F. Jonckheer*
    Willem F. Jonckheer

---

JOINT NOTICE OF SELECTION OF MEDIATOR
CASE NO. 3:19-CV-03052-SI