ROBERT C. SCHUBERT (S.B.N. 62684)
WILLEM F. JONCKHEER (S.B.N. 178748)
NOAH M. SCHUBERT (S.B.N. 278696)
KATHRYN Y. MCCAULEY (S.B.N. 265803)
SCHUBERT JONCKHEER & KOLBE LLP
Three Embarcadero Center, Suite 1650
San Francisco, California 94111
Telephone: (415) 788-4220
Facsimile: (415) 788-0161
rschubert@sjk.law
wjonckheer@sjk.law
nschubert@sjk.law
kmccauley@sjk.law

LAURENCE D. PASKOWITZ (*pro hac vice*)
THE PASKOWITZ LAW FIRM P.C.
208 East 51st Street, Suite 380
New York, NY 10022
Telephone: (212) 685-0969
lpaskowitz@pasklaw.com

Attorneys for Plaintiff John Pels
[additional counsel appear on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN PELS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KEURIG DR PEPPER, INC.,<br><br>Defendant. | Case No. 3:19-cv-03052-SI<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. Susan Illston |

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:19-cv-03052-SI
149457752.1

1
2       Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff John Pels and
3  Defendant Keurig Dr Pepper, Inc. hereby stipulate and agree that the above-captioned action is
4  voluntarily dismissed with prejudice.
5
6  DATED: September 14, 2020                SCHUBERT JONCKHEER & KOLBE LLP

7                                           By:/s/  *Noah Schubert*
                                            ROBERT C. SCHUBERT (S.B.N. 62684)
8                                           WILLEM F. JONCKHEER (S.B.N. 178748)
                                            NOAH M. SCHUBERT (S.B.N. 278696)
9                                           KATHRYN Y. MCCAULEY (S.B.N. 265803)
                                            SCHUBERT JONCKHEER & KOLBE LLP
10                                          Three Embarcadero Center, Suite 1650
                                            San Francisco, California 94111
11                                          Telephone: (415) 788-4220
                                            Facsimile: (415) 788-0161
12                                          rschubert@sjk.law
                                            wjonckheer@sjk.law
13                                          nschubert@sjk.law
                                            kmccauley@sjk.law
14

15                                          By:/s/  *Laurence Paskowitz*
                                            LAURENCE PASKOWITZ, *pro hac vice*
16                                          THE PASKOWITZ LAW FIRM P.C.
                                            208 East 51st Street, Suite 380
17                                          New York, NY 10022
                                            Telephone: (212) 685-0969
18                                          lpaskowitz@pasklaw.com

19                                          ROY L. JACOBS
                                            ROY JACOBS & ASSOCIATES
20                                          420 Lexington Avenue, Suite 2440
                                            New York, NY 10170
21                                          Telephone: (212) 867-1156
                                            rjacobs@jacobsclasslaw.com
22                                          *pro hac vice to be filed*

23                                          DAVID N. LAKE (S.B.N. No. 180775)
                                            LAW OFFICES OF DAVID N. LAKE,
24                                          A Professional Corporation
                                            16130 Ventura Boulevard, Suite 650
25                                          Encino, California 91436
                                            Telephone: (818) 788-5100
26                                          Facsimile: (818) 479-9990
                                            david@lakelawpc.com
27
                                            Attorneys for Plaintiff John Pels
28

STIPULATION OF DISMISSAL WITH PREJUDICE
CASE NO. 3:19-cv-03052-SI                                                                    4
149457752.1

DATED: September 14, 2020

By: */s/ Charles C. Sipos*
CHARLES C. SIPOS, *pro hac vice*
Lauren Watts Staniar, *pro hac vice*
Perkins Coie LLP
1202 Third Avenue, Suite 4900
Seattle, Washington 98101
Tel: (206) 359-8000
Fax: (206) 359-9000
Email: CSipos@perkinscoie.com
Email: LStaniar@perkinscoie.com

David T. Biderman, Bar No. 101577
Jasmine Wetherell, Bar No. 288835
Perkins Coie LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Tel: (415) 344-7000
Fax:  (415) 344-7050
Email: DBiderman@perkinscoie.com
Email: JWetherell@perkinscoie.com

Attorneys for Defendant
Keurig Dr Pepper, Inc.

**ATTESTATION OF FILER**

Pursuant to Civil Local Rule 5-1(i)(3), I, Laurence Paskowitz, hereby attest that concurrence in the filing of the document has been obtained from each of the signatories.

Dated: September 14, 2020

By:   */s/ Laurence Paskowitz*
Laurence Paskowitz